# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0879. TONY JACOBS v. THE STATE.**

In 2016, Tony Jacobs pled guilty to aggravated assault and a number of other offenses. He subsequently requested an out-of-time appeal, which the trial court denied on September 28, 2017. Jacobs filed a pro se notice of appeal from this order on November 20, 2017. We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Here, Jacobs filed his notice of appeal 53 days after entry of the order he seeks to appeal. Accordingly, his appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  01/23/2018
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , *Clerk.*